**William Lloyd HILL, Appellant,**

v.

**A.L. LOCKHART, Director, Arkansas Department of Correction, Appellee.**

No. 83–1397.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 10, 1984.

Decided Sept. 20, 1984.

Before LAY, Chief Judge, FLOYD R. GIBSON, Senior Circuit Judge, and HEANEY, BRIGHT, ROSS, McMILLIAN, ARNOLD, JOHN R. GIBSON, FAGG and BOWMAN, Circuit Judges, en banc.

### ORDER

This case has been considered by the court en banc. The judgment of the district court is affirmed by an equally divided court.